UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| TROY DARNELL AUGUSTINE, | ) | |
| | ) | CASE NO. 14-64203-JRS |
| | ) | |
| DEBTOR. | ) | |

**CHAPTER 13 TRUSTEE'S
OBJECTION TO CONFIRMATION OF PLAN & MOTION TO DISMISS CASE**

COMES NOW Adam M. Goodman, Chapter 13 Trustee, and Objects to Confirmation of the Plan and files this Motion to Dismiss Case under 11 U.S.C. Section 1307(c), for cause, including the following reasons:

1. Debtor has failed to attend the 11 U.S.C. Section 341 Hearing.

2. The Debtor has failed to maintain payments into this case as required by 11 U.S.C. Section 1326.

3. The Plan as proposed will extend beyond sixty (60) months, contrary to 11 U.S.C. Section 1322(d).

4. The Debtor has failed to provide the Trustee with a copy of the 2012 and 2013 personal and business tax returns or transcripts of such returns for the most recent tax years ending immediately before the commencement of the instant case and for which a federal income tax return was filed, in violation of 11 U.S.C. Section 521(e)(2)(A)(i).

5. Tax escrow slips have not been submitted, to reflect a self-employment tax withholding obligation of $25.00 per month; thereby, failing to substantiate the funding of post-petition obligations, 11 U.S.C. Section 1325(a)(6).

6. The Debtor should provide proof of the $2,500.00 monthly business expenses reflected on Schedule J. 11 U.S.C. Sections 1325(a)(3) and 1325(b)(1)(B).

7. In accordance with General Order No. 6-2006 and the annexed Statement of Rights and Responsibilities, the Debtor's attorney should timely provide proof of Debtor's $6,495.00 monthly income and Debtor's non-filing spouse's $392.00 monthly to the Chapter 13 Trustee. 11 U.S.C. Sections 521(a)(1), 1325(a)(3), 1325(a)(6), 1325(b)(1)(B) and Bankruptcy Rule 1007.

Adam M. Goodman
Standing Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

8.     The Chapter 13 composition Plan proposes to pay a debt of $14,974.75 for a vehicle purchased on or about February 10, 2014; thereby, indicating a lack of good faith in proposing the instant repayment plan, 11 U.S.C. Sections 1325(a)(3) and 1325(a)(7).

9.     Pursuant to information received from the Internal Revenue Service, 2008, 2009, 2010, 2012 and 2013 income tax returns and 2008, 2009, 2010, 2011, 2012, 2013 and 2014 FICA/FUTA tax returns have not been provided to the taxing authorities; thereby, preventing the Chapter 13 Trustee from evaluating the feasibility of the Chapter 13 Plan, in violation of 11 U.S.C. Sections 1322(d) and 1325(a)(6).

10.    The Form 22C filed in this case includes a deduction in Line 28 and/or 29 for a non-purchase money title lien or title pawn expense. The Trustee objects to the deduction because it is not a vehicle ownership or lease expense. *See In re King*, 497 B.R. 161 (Bankr. N.D. Ga. 2013).

WHEREFORE, Trustee moves this Honorable Court to inquire into the above Objections to Confirmation of Plan and Motion to Dismiss Case at the separately scheduled and noticed Confirmation Hearing, deny Confirmation of the Chapter 13 Plan, dismiss the case, and for such other and further relief that this Court deems just and proper.

/s/William A. Bozarth
William A. Bozarth
GA Bar No. 940530
Attorney for Standing Chapter 13 Trustee

Adam M. Goodman
Standing Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| TROY DARNELL AUGUSTINE, | ) | |
| | ) | CASE NO. 14-64203-JRS |
| | ) | |
| DEBTOR. | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served

DEBTOR:

    TROY DARNELL AUGUSTINE
    P.O. BOX 933
    SNELLVILLE, GA 30078

ATTORNEY FOR DEBTOR:

    WALDEN, GOODHART HARDEN & NEW
    315 W. PONCE DE LEON AVENUE
    SUITE 757
    DECATUR, GA 30033

the above in the foregoing matter with a copy of this Objection to Confirmation of Plan and Motion to Dismiss Case by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This 23rd day of September 2014.


/s/William A. Bozarth
William A. Bozarth
GA Bar No. 940530
Attorney for Standing Chapter 13 Trustee


Adam M. Goodman
Standing Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444